# United States District Court
# Central District of California

| | |
|---|---|
| ANDREA HICKS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-7323-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the mediator's report stating that the parties have settled the case (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than May 13, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 13, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**