# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-07323-ODW-JPR |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Nathan A. Searles* | */s/ Amy L. Bennecoff Ginsburg* |
| Nathan A. Searles, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| PRA Group | Kimmel & Silverman, P.C. |
| 140 Corporate Boulevard | 30 East Butler Pike |
| Norfolk, VA 23502 | Ambler, PA 19002 |
| Phone: 757-519-9300 ext. 13206 | Phone: 215-540-8888 |
| Fax: 757-312-2518 | Fax: 877-788-2864 |
| Email: NASearles@portfoliorecovery.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: August 3, 2016 | Date: August 3, 2016 |

BY THE COURT:

_____

J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 3rd day of August, 2016:

Nathan A. Searles, Esq.
PRA Group
140 Corporate Boulevard
Norfolk, VA 23502
Phone: 757-519-9300 ext. 13206
Fax: 757-312-2518
Email: NASearles@portfoliorecovery.com
Attorney for the Defendant

                                                               */s/ Amy L. Bennecoff Ginsburg*
                                                               Amy L. Bennecoff Ginsburg, Esq.
                                                               Kimmel & Silverman, P.C.
                                                               30 East Butler Pike
                                                               Ambler, PA 19002
                                                               Phone: 215-540-8888
                                                               Fax: 877-788-2864
                                                               Email: aginsburg@creditlaw.com
                                                               Attorney for the Plaintiff